

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00235-CR

**JON DREW RICH,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

---

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 78-25040**

---

## MEMORANDUM  OPINION

---

Appellant seeks to appeal the trial court's denial of his motion for judgment nunc pro tunc which he filed nearly three years after imposition of sentence.  The Clerk of this Court advised the parties that the appeal is subject to dismissal for want of jurisdiction because it appears there has been no appealable order.  *See Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. dism'd).  The Clerk also notified the parties that the appeal may be dismissed unless a response was filed showing grounds for continuing the appeal.

No response has been filed.  Accordingly, the appeal is dismissed for want of jurisdiction.  *Id.*

                                        FELIPE REYNA
                                        Justice

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed October 22, 2008
Do not publish
[CR25]